DANIEL BRODERICK, Bar #89424
Acting Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CONCEPCION OBREGON-SALINAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-443 (GEB) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS HEARING |
| | ) | |
| | ) | Judge: Garland E. Burrell |
| CONCEPCION OBREGON-SALINAS, | ) | |
| Defendant. | ) | |

This case is currently scheduled for a status hearing on December 15, 2006. The attorneys for both parties have conferred and agree that additional time is needed for defense investigation and preparation of the case.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for December 15, 2006, be continued until January 5, 2007. In addition, the parties stipulate that the time period from December 15, 2006, to January 5, 2007, be excluded under the Speedy Trial Act (18 U.S.C. § 3161(h)(8)(B)(iv)) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

///

///

///

1

A proposed order is attached and lodged separately for the court's convenience.

DATED: December 18, 2006

Respectfully submitted,

| McGREGOR W. SCOTT | DANIEL BRODERICK |
| United States Attorney | Federal Defender |

| /s/ Lexi Negin for Michael Beckwith | /s/ Lexi Negin |
| MICHAEL BECKWITH | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Concepcion Obregon-Salinas |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-06-443 (GEB) |
| Plaintiff, ) | |
| v. ) | PROPOSED ORDER CONTINUING STATUS |
| ) | CONFERENCE AND EXCLUDING TIME |
| CONCEPCION OBREGON-SALINAS, ) | |
| Defendant. ) | |

For the reasons set forth in the stipulation of the parties, filed on December 18, 2006, IT IS HEREBY ORDERED that the status conference currently scheduled for December 15, 2006, be continued until Friday, January 5, 2007, at 9:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' December 18, 2006 stipulation, the time under the Speedy Trial Act is excluded from December 15, 2006, through January 5, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: December 18, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

2